IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE D. ORTLIP,<br>　　　　　　　　Plaintiff, | CIVIL ACTION |
| v. | NO. 13-1725 |
| CAROLYN W. COLVIN, COMMISSIONER OF<br>THE SOCIAL SECURITY ADMINISTRATION,<br>　　　　　　　　Defendant. | |

**ORDER**

AND NOW, this 16th day of April, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket No. 8) filed August 13, 2013; upon consideration of Defendant's Response to Request for Review of Plaintiff (Docket No. 9) filed September 16, 2013; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 31, 2014, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The relief sought by Plaintiff is GRANTED in part as described below;

3. The case is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. In all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

R. BARCLAY SURRICK, J.